United States District Court
District of Massachusetts

RECEIVED JAN -8 2004

Gregory Fisher

v

Sheriff T. Hodgeson/Bristol County Sheriff's Dept.
Bristol County House of Corrections
Anthony Mastromarino
Superintendant Pennicello

Civil Action No.

## Motion to Appoint Counsel

The plaintiff Gregory Fisher would like to ask the court to appoint counsel. The plaintiff is well aware that the court by law is not required to appoint counsel yet plaintiff is held in the Bristol County House of Corrections Dartmouth Facility in unit GA and for the past month and a half after the formal closing of the law library which consisted of 4 computers the facility has made no effort whatsoever to supply access to courts in any way.

Without the ability to research case law or have access to the courts my Civil Action is helpless. I would like to humbly ask the court to appoint counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this January day of 2nd 2004

SS# 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

Date of Birth 10/07/62

Gregory Fisher

SCANNED
DATE: 1/16/04
BY: Fay