January 29th, '03

United States Fed. Courthouse
One Courthouse Way
Boston, Mass. 02210
Pro Se Clerk

FILED
IN CLERKS OFFICE
2004 FEB -4 P 12: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Sir/Madam,

You have proven invaluable in the past and I thank you. I must ask. I have been in an attempt to compile pertinent information yet my efforts are continually thwarted. Recently I have requested the findings of an investigation performed on the court behavioral rules of Attorney Anthony Waitkamino, a defendant in my complaint. The investigation itself was at/per my request yet those who claim to have performed it claim I am ineligible to receive any results of it.

So I received a perfunctory response that the information was gathered, the attorney was reprimanded and the matter was closed. The investigation results are a main facet of my issue and I need this data if I am to even attempt to pose a decent case on my own behalf. Why might I achieve this? To whom do I contact in order to acquire these results.

Gratefully,

[signature]
Gregory Fisher 120416 GSY
100 Faunce Cor. Rd. No. Dartmouth MA
02747