May 13th, 04

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston Massachusetts 02210
Pro Se Office
C/o Lthen Weissman

FILED
IN CLERKS OFFICE

2004 MAY 14  P 1: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: Gregory Fisher -vs- Sheriff Hodgson          04 10111 GAO

Dear Mr. Weisman,

I am in reciept of the complaint copy and I thank you. In the paperwork of the result of the Honorable Judge O'Tool there was a statement of Attorney Mastromarino being exempt from Section 1983 due to unap being a staff action and not performing under the traditional function as counsel to an indigent defendant under colour of law.

I have contacted both the Bristol County Bar Advocates and the Bar Association yet ask of you if you know to whom I can write to outside of this county in order to bring to light Attorney Mastromarino's egregious behavior.

Lastly, I am packaging and forwarding the summonses I ponder how I shall be about seeking pro bono representation or will that be handled by the courts?

Gratefully

GREGORY Fisher 120416 GAG 02
700 FAUNCE COE RD N DARTMOUTH