

**THE COMMONWEALTH OF MASSACHUSETTS**
OFFICE OF THE

BRISTOL COUNTY SHERIFF

THOMAS M. HODGSON
SHERIFF

400 FAUNCE CORNER ROAD
NORTH DARTMOUTH, MA 02747

TEL. (508) 995-6400
FAX (508) 995-3326

FILED
CLERK'S OFFICE

2004 JUL -2  P 1: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 30, 2004

U.S. District Court
Cashier – Suite 2300
1 Courthouse Way
Boston, MA 02210

    Re: *Gregory Fisher v. Sheriff Thomas Hodgson, et al.*
        CA No. 04-10111-GAO

Dear Sir/Madam:

Pursuant to the "Notice for Payment of Prisoner Filing Fee" issued by the Court on April 12, 2004, no monthly payment can be made toward the Plaintiff's statutory filing fee of $150.00 in the above referenced action.

A review of Mr. Fisher's inmate fund account indicates that no funds have been deposited and that the balance in his account is $0.00.

Enclosed please find a copy of Mr. Fisher's debt profile for the period of October 7, 2002 to June 30, 2004 indicating zero (0) deposits and $0.00 balance.

Thank you.

                            Very truly yours,

                            Lorraine J. Rousseau, Esq.

Enc.
cc:    Gregory Fisher

Date : 06/30/2004
Time : 08:27

## Account Activity Ledger

From : 10/07/2002    To : 06/30/2004

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 120416 | **Name** FISHER, GREGORY A | | | **Block** GA | | | **Previous Balance** | 0.00 |
| REFUND 7/7/02: COST | 08/01/2003 | 15:02 | B#36349 | W | | | 5.00 | 5.00 |
| COST OF CARE FEE | 08/02/2003 | 01:06 | B#36354 | W | | | -5.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 0 For $ | 0.00 | |
| **Withdraws** | 2 For $ | 0.00 | |
| **Invoices** | 0 For $ | 0.00 | |
| **Outstanding Debt** | $ | 3,759.61 | |