UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -9  P 12: 14

U.S. DISTRICT COURT
DISTRICT OF MASS

CA #: 04-10111 GAO

**GREGORY FISHER**
   Plaintiff pro se,

v.

**SHERIFF THOMAS HODGESON**
**BRISTOL COUNTY SHERIFFS DEPT.**
**H.O.C. SUPERINTENDENT MR. PETER PERRINCELLO**
   Defendants.

### CERTIFICATION PURSUANT
### TO L.R. 16 1(D)(3)

I, Bradford N. Louison, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

_____
Defendants
Peter E. Perrincello
Superintendent

_____
Bradford N. Louison, Esq.