UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY FISHER
    Plaintiff

v.                             Civil Action No. 04-10111-GAO

THOMAS HODGSON, ET AL.,
    Defendants.

## ORDER FOR APPOINTMENT OF PRO BONO COUNSEL

This matter is before the Court on the request of plaintiff for the appointment of counsel to serve pro bono.

There being sufficient cause to exercise the discretionary power of the Court to appoint counsel, it is ORDERED that **Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, MA  02109** ** is appointed to represent the plaintiff under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Civil Cases, unless this appointment is declined by written notice (copy to pro bono coordinator) within twenty-one (21) days from the date of this Order.  Once this order takes effect, appointed counsel or his or her designated associate(s) shall serve until the litigation is terminated or the Court enters an order revoking said appointment.

This appointment is limited solely to those matters at issue in this case.  Counsel is not being appointed to represent the plaintiffs generally or in any other proceeding.

The clerk shall immediately (1) forward a copy of this Order to counsel together with a copy of the complaint, a copy of the docket and any additional materials which this Court might designate as being of assistance to counsel, (2) inform counsel by telephone of the issuance of this Order, and (3) forward to the pro bono coordinator a copy of this Order together with a copy of the docket.

If this appointment is declined, counsel is requested to return all materials furnished by the Clerk.

                                              GEORGE A. O'TOOLE, JR.
                                              United States District Court

Date: 8/13/04                         By:  /s Barbara Morse
                                              Barbara Morse, Esq.
                                              Pro Bono Coordinator

* Contact: Mitchell H. Kaplan, Esq.