

**THE COMMONWEALTH OF MASSACHUSETTS**

OFFICE OF THE

**BRISTOL COUNTY SHERIFF**

THOMAS M. HODGSON
SHERIFF

400 FAUNCE CORNER ROAD
NORTH DARTMOUTH, MA 02747

TEL. (508) 995-6400
FAX (508) 995-3326

August 6, 2004

U.S. District Court
Cashier – Suite 2300
1 Courthouse Way
Boston, MA 02210

    Re: *Gregory Fisher v. Sheriff Thomas Hodgson, et al.*
        CA No. 04-10111-GAO

Dear Sir/Madam:

Pursuant to the "Notice for Payment of Prisoner Filing Fee" issued by the Court on April 12, 2004, no monthly payment can be made toward the Plaintiff's statutory filing fee of $150.00 in the above referenced action.

A review of Mr. Fisher's inmate fund account indicates that no funds have been deposited and that the balance in his account is $0.00.

Enclosed please find a copy of Mr. Fisher's debt profile for the period of October 7, 2002 to August 2, 2004 indicating zero (0) deposits and $0.00 balance.

**Also, please be advised that the Plaintiff, Gregory Fisher, was released from the custody of the Bristol County Sheriff's Office on July 19, 2004 as a result of his sentenced being performed. Mr. Fisher was released and picked up by authorities from the State of New York on outstanding New York charges. Given Mr. Fisher's release from custody, please advise regarding the continued status of the Court's "Notice For Payment of Prisoner Filing Fee" requiring the Bristol County Sheriff's Office to forward monthly payments towards the Plaintiff's statutory filing fee.**

Thank you.

                                            Very truly yours,

                                            Lorraine J. Rousseau, Esq.

enc.

Date : 08/02/2004
Time : 15:27

## Account Activity Ledger

From : 10/07/2002   To : 08/02/2004

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 120416 | **Name** FISHER, GREGORY A | | | **Block** GB | | | **Previous Balance** | 0.00 |
| REFUND 7/7/02: COST | 08/01/2003 | 15:02 | B#36349 | W | | | 5.00 | 5.00 |
| COST OF CARE FEE | 08/02/2003 | 01:06 | B#36354 | W | | | −5.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 0 | For $ | 0.00 |
| **Withdraws** | 2 | For $ | 0.00 |
| **Invoices** | 0 | For $ | 0.00 |
| **Outstanding Debt** | | $ | 3,854.61 |

Page :   1