UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY FISHER,<br><br>        Plaintiff,<br><br>     vs.<br><br>THOMAS HODGSON, BRISTOL<br>COUNTY SHERIFF'S DEPARTMENT,<br>and PETER PERRINCELLO<br><br>        Defendants. | Civil Action No. 04-10111-GAO |

## NOTICE OF APPEARANCE

Pursuant to this Court's August 13, 2004 Order for Appointment of Pro Bono Counsel, please enter an appearance in the above-captioned matter, on behalf of plaintiff Gregory Fisher, for Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, MA 02109, and the following attorneys: Eric Bradford Hermanson, Mark S. Freeman, and Peter Bryan Moores, each at Choate, Hall & Stewart.

                                                                       Eric Bradford Hermanson (BBO # 560256)
                                                                       Mark S. Freeman (BBO #636290)
                                                                       Peter Bryan Moores (BBO # 658033)
                                                                       CHOATE, HALL & STEWART
                                                                       Exchange Place
                                                                       53 State Street
                                                                       Boston, MA 02109
                                                                       Tel.: (617) 248-5000
                                                                       Fax.: (617) 248-4000

Dated: September 9, 2004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON
DATE 9/9/04 SIGNATURE _____

3742847v1