**MERRICK, LOUISON & COSTELLO, LLP**
ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com

December 17, 2004

Clerk of the Court
United States District Court
1 Courthouse Way
Boston, MA 02210

Re:   **Gregory Fisher v. Bristol County, et al**
   USDC CA No. 04-10111-GAO

Dear Sir/Madam:

I represent the defendants in the above captioned case. Would you please schedule the matter for an initial scheduling conference if the court so desires.

Thank you for your attention to this matter.

Very truly yours,

Bradford N. Louison (mdb)

cc:   Eric Bradford Hermanson, Esq.,