FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB -4 A 11:32

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. 04-10111 GAO

**GREGORY FISHER**
  Plaintiff,

v.

**SHERIFF THOMAS HODGESON,**
**BRISTOL COUNTY SHERIFFS DEPT., and,**
**H.O.C. SUPERINTENDENT MR. PETER PERRINCELLO**
  Defendants.

## JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above named parties have conferred and state as follows:

1.   Joint Discovery Plan and Motion Schedule:

The parties propose the following pre-trial schedule:

(a)   Initial disclosures to be completed on or before Feb 14, 2005;

(b)   Amendments and/or supplements to the pleadings may be filed by May 31, 2005, subject to the provisions of the Federal Rules of Civil Procedure;

(c)   Additional parties to be named by May 31, 2005;

(d)   All fact discovery including depositions (except expert depositions) is to be completed by August 31, 2005;

(e)   The plaintiff's and defendants' expert witnesses, if any, shall be designated by September 30, 2005 and any rebuttal expert witnesses shall be designated by October 31, 2005; designation of experts shall include provision of any information required by the Federal Rules of Civil Procedure and/or the Local Rules of the District of Massachusetts; any expert depositions shall be completed by November 18, 2005;

(f)   All dispositive motions are to be filed by November 30, 2005 and responses are to

    be filed within the time frame established by Local Rule 7.1(B)(2);

 (g)  A final pre-trial conference will be held per order of the Court.

2.  Defendants intend on taking the deposition of the plaintiff. The plaintiff intends on taking up to ten (10) depositions. Both parties reserve the right to seek leave of the Court for additional depositions.

3.  Certifications regarding each parties' consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

4.  The parties do not consent to trial by Magistrate.

The Plaintiff
By his Attorney,

_[signature]_

Eric Bradford Hermanson (BBO# 560256)
Mark S. Freeman (BBO#636290)
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109.
(617) 248-5000

The Defendants
By their Attorney,

_[signature]_

Bradford N. Louison (BBO# 305755)
Merrick, Louison & Costello, LLP
67 Batterymarch St.
Boston, Massachusetts 02110
(617) 439-0305

I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED
UPON THE ATTORNEY OF RECORD FOR
EACH OTHER PARTY BY MAIL/HAND ON
DATE _____ SIGNATURE _____

3790526v1