UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED IN CLERK'S OFFICE*
*2005 FEB -4 A 11:31*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

|  |  |
|---|---|
| GREGORY FISHER, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 04-10111(GAO) |
| THOMAS HODGSON, BRISTOL COUNTY ) SHERIFF'S DEPARTMENT, PETER ) PERRINCELLO, ) | |
| Defendants. ) | |

## LOCAL RULE 16.1 CERTIFICATION

Plaintiff Gregory Fisher certifies that it has conferred with counsel:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Gregory Fisher

_____
Eric Bradford Hermanson (BBO # 560256)
Mark S. Freeman (BBO #636290)
Peter Bryan Moores (BBO # 658033)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
Tel.: (617) 248-5000
Fax.: (617) 248-4000

Dated: January ___, 2005

I CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON
DATE 2/4/05 SIGNATURE _____

3787791v1