**EXHIBIT A**

March 23, 2005

Ms. Sue Kennedy
Inmates Record Coordinator
Wyoming Correctional Facility
3203 Dunbar Road
P.O. Pox 501
Attica, NY 14011

     RE:    Gregory Fisher – NY DIN # 05B0621

Dear Ms. Kennedy:

     Mr. Gregory Fisher, NY DIN # 05B0621, is scheduled to appear before this Court for a mediation session in a pending Federal civil action on April 4, 2005 at 10:00 a.m.  He is currently being held at your facility.  This Court requests that Mr. Fisher be provided with confidential access to a telephone to appear and participate in the session.  The Court also requests that Mr. Fisher be permitted to discuss the upcoming mediation with his counsel at a convenient time during the week preceding the mediation.

     If this is acceptable, please contact Mr. Fisher's counsel, Mark Freeman, at (617) 248 – 4708, or Peter Moores at (617) 248 – 4089, to make the arrangements.

3897325v1