UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2004-10111-GAO

GREGORY FISHER,
Plaintiff

V.

THOMAS HODGSON, BRISTOL COUNTY
SHERIFF'S DEPARTMENT,
PETER PERRINCELLO,
Defendants

**ORDER**

ALEXANDER, M.J.

The Court ORDERS the Wyoming Correctional Facility, Attica, New York ("the Facility"), to make Gregory Fisher, NY DIN # 05B0621, available, and to provide him with confidential access to a telephone, on April 4, 2005, at 10:00 a.m., so that Mr. Fisher may participate in a mediation session to be conducted by this Court. Additionally, this Court ORDERS the Facility to make Mr. Fisher available, and to provide him with confidential access to a telephone, at a time mutually convenient to the Facility, Mr. Fisher, and Mr. Fisher's counsel, Mark S. Freeman and Peter Bryan Moores, during the week of March 28, 2005, so that Mr. Fisher and his counsel may prepare in advance for the mediation session.

SO ORDERED.

<u>3/24/05</u>                                       <u>/S/ Joyce London Alexander</u>
Date                                                    United States Magistrate Judge