UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREGORY FISHER
    Plaintiff

V.                                         CIVIL ACTION
                                         04-10111 GAO

THOMAS HODGSON
BRISTOL COUNTY HOUSE OF CORRECTIONS
BRISTOL COUNTY SHERRIFFS'S DEPARTMENT
PETER PERRINCELLO
    Defendants

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO DISTRICT JUDGE KEETON

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ **X** ]    On April 4, 2005, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    **X**_____ MEDIATION      _____ SUMMARY BENCH / JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]
The parties were / were not present in person or by authorized corporate officer [except _____].
The case was:

[**X**]    Settled. Your clerk should enter a __30__ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:
_____
_____

                                                                  /S/ Joyce London Alexander
                                                                  UNITED STATES MAGISTRATE JUDGE

April 4, 2005
    DATE