UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY FISHER,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS HODGSON, BRISTOL COUNTY SHERIFF'S DEPARTMENT, PETER PERRINCELLO,<br><br>    Defendants. | Case No. 04-10111(GAO) |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. Rule 41(a)(1), all parties to this action hereby stipulate and agree that the matter shall be dismissed with prejudice. Each party shall bear his/its own costs and attorneys fees in this matter, and all rights of appeal are hereby waived.

Respectfully submitted,

GREGORY FISHER

By his attorneys,

Eric Bradford Hermanson (BBO # 560256)
Mark S. Freeman (BBO #636290)
Peter Bryan Moores (BBO # 658033)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel.: (617) 248-5000
Fax.: (617) 248-4000

THOMAS HODGSON, BRISTOL
COUNTY SHERIFF'S DEPARTMENT,
and PETER PERRINCELLO

By their attorneys,

*/s/ Bradford N. Louison*   5/5/05
Bradford N. Louison
MERRICK, LOUISON & COSTELLO,
 LLP
67 Batterymarch Street
Boston, MA 02110
Tel.: (617) 439-0305
Fax.: (617) 439-0325

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY FISHER, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 04-10111(GAO) <br> ) |
| THOMAS HODGSON, BRISTOL COUNTY SHERIFF'S DEPARTMENT, PETER PERRINCELLO, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### CERTIFICATE OF SERVICE

I, Peter Bryan Moores, hereby certify that on the 10th of May, 2005, I caused to be mailed by first-class mail, postage prepaid, a copy of the Stipulation of Dismissal to Bradford N. Louison, Esq., Merrick, Louison & Costello, 67 Batterymarch Street, Boston, MA 02780.

Signed and sworn to under the pains and penalties of perjury.

_____
Peter Bryan Moores

3923213v1